■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE TRENT, Appellant.

Application by defendant for a stay of execution of his sentence pending appeal denied as moot in light of the determination herein of the appeal. Mollen, P. J., Titone, Mangano and Niehoff, JJ., concur.